# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL WISE and DONALD GENTRY, ) on behalf of themselves and others similarly ) situated, ) ) Plaintiffs, ) ) vs. ) ) ) PRECISION PRODUCTS GROUP, INC., ) ) Defendant. ) | CASE NO. 5:18CV00926 <br><br> JUDGE JOHN R. ADAMS <br><br> **ORDER** |

This matter is before the Court on the parties' Joint Motion for Final Approval of FLSA Settlement and for Preliminary Approval of Class Action Settlement (Doc. 122). The motion is GRANTED. Having reviewed the parties' submissions, the Court hereby ORDERS the following:

      1.      The parties' FLSA settlement is approved as fair and reasonable;

      2.      The Court approves the FLSA Collective Action settlement, the FLSA Collective Action Settlement Notice, and the FLSA Consent to Join and Release Form to the FLSA Class Members;

      3.      The Court designates Donald Gentry as the Class Representative for the FLSA Class Members and Michael Wise as the Class Representative for the Ohio Class Members and approves their requests for Service Awards; and

      4.      The Court preliminarily approves the Ohio Class Action settlement and the Notice of Proposed Settlement of Class Action and Fairness Hearing.

IT IS SO ORDERED.

                                      s/John R. Adams
                                      JOHN R. ADAMS
                                      UNITED STATES DISTRICT JUDGE

Dated: 2/28/19